UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ARTHUR L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-00303-JPH-MG |
| | ) |
| WILLIAM E. WILSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mario Garcia has entered a Report and Recommendation, dkt. 138, recommending that the Court find that plaintiff Arthur Harris did not exhaust his available administrative remedies before filing this lawsuit as required by the Prison Litigation Reform Act. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [132]. The exhaustion defense is **SUSTAINED**, and this action is now **DISMISSED WITHOUT PREJUDICE** based on Mr. Harris's failure to exhaust his available administrative remedies.

**SO ORDERED**.

Date: 5/22/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ARTHUR L. HARRIS
6305 Barnhart CT NE
Albuquerque, NM 87109

All Electronically Registered Counsel